UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JELFFRY PICHARDO, on behalf of himself and all
others similarly situated,

                       Plaintiff,

     -against-

NPI MANUFACTURING LTD d/b/a NPI
MANUFACTURING, and ISRAEL BERKOWITZ,

                      Defendants.
-----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 21 2018 ★
LONG ISLAND OFFICE

17 Civ. 7469 (ADS)(AKT)

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

TO:   Raymond Nardo, Esq.
       Law Offices of Raymond Nardo
       129 Third Street
       Mineola, New York 11501
       *Attorney for Defendants*

     Pursuant to Rule 68 of the Federal Rules of Civil Procedure, on February 13, 2018, defendants NPI MANUFACTURING LTD d/b/a NPI MANUFACTURING and ISRAEL BERKOWITZ offered to allow a Judgment to be entered against them in this action in the amount of Thirty Thousand Four Hundred Dollars and Zero Cents ($30,400.00), inclusive of all of Plaintiffs' claims for relief and attorneys' fees and costs ("Defendants' Offer of Judgment"). A copy of Defendants' Offer of Judgment is enclosed as Exhibit A.

     By signing below, Plaintiff accepts Defendants' Offer of Judgment and consents to Defendants' filing the Offer of Judgment on the public docket in this action.

Dated:  New York, New York
            February 16, 2018

                                                    PECHMAN LAW GROUP PLLC

*/s/ Jelffry Pichardo P.*
Jelffry Pichardo

                                                    By: _____
                                                    Louis Pechman
                                                    Gianfranco J. Cuadra
                                                    Catalina Cadavid
                                                      488 Madison Avenue, 17th Floor
                                                    New York, New York 10022

The Clerk of the Court is respectfully directed to enter judgment in favor of the Plaintiff in accordance with the offer of judgment. This Court has previously held that parties need not obtain court approval for offers of judgment in FLSA cases. *See, e.g., Paez v. Whaleneck Enterprises*, No. 16-CV-2673 (ADS)(ARL), 2017 WL 2579038 (E.D.N.Y. June 14, 2017). Accordingly, upon entry of judgment, the Clerk of the Court is respectfully directed to close the case. SO ORDERED.

s/ Arthur D. Spatt

_____                        2/21/18
Arthur D. Spatt, U.S.D.J.                                          Date