UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JELFFRY PICHARDO, on behalf of himself and
all others similarly situated

               Plaintiff,

     - against -                                  **JUDGMENT**
                                            CV 17-7469 (ADS)(AKT)

NPI MANUFACTURING LTD d/b/a NPI
MANUFACTURING, and ISRAEL BERKOWITZ,

               Defendants.
-------------------------------------------------------------X

       A Notice of Acceptance of Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure having been filed by the Plaintiff accepting the offer of Defendants to have judgment entered against them in favor of the Plaintiff in the amount of $30,400, inclusive of all of Plaintiff's claims for relief and attorneys' fees and costs; and an Order of the Honorable Arthur D. Spatt, United States District Judge, having been filed on February 21, 2018, directing the Clerk of the Court to enter judgment in favor of the Plaintiff in accordance with the offer of judgment and to close this case; and, it is

       **ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff Jelffry Pichardo and against the Defendants NPI Manufacturing Ltd., and Israel Berkowitz in the amount of $30,400, inclusive of all of Plaintiff's claims for relief and attorneys' fees and costs; and that this case is closed.

Dated: Central Islip, New York
         February 28, 2018

                                                              DOUGLAS C. PALMER
                                                              CLERK OF THE COURT

                                           By:    /s/ James J. Toritto
                                                        Deputy Clerk